WUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **WILLIAM STRICKLAND, Individually And for Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CHARLESTON AREA MEDICAL CENTER, INC.,**<br><br>**Defendant.** | Case No. 2:23-cv-00676 |

### PLAINTIFF'S NOTICE OF ORAL, RECORDED DEPOSITION OF SUSAN ADKINS

TO:   Defendant, Charleston Area Medical Center, Inc., by serving its attorney of record, Eric E. Kinder, SPILMAN THOMAS & BATTLE, PLLC, 300 Kanawha Boulevard, East (Zip 25301), P.O. Box 273, Charleston, West Virginia 25321.

PLEASE TAKE NOTICE that Plaintiff will take the videotaped, oral deposition of the following witness before a certified court reporter for all purposes, including but not limited to discovery and presentation at trial on the merits:

|  |  |
|---|---|
| Witness: | Susan Adkins |
| Date: | March 6, 2025 |
| Time: | 1:30 P.M. EST |
| Place: | SPILMAN THOMAS & BATTLE, PLLC<br>300 Kanawha Boulevard, East (Zip 25301)<br>Charleston, West Virginia 25321 |

The deposition will continue from day-to-day until completed. The deposition will take place before a Notary Public or other person authorized by law to administer oaths and will be recorded by stenographic/audio means and videotaped.

Date: March 4, 2025                               Respectfully submitted,

/s/ Walt Auvil
Kirk R. Auvil
Walt Auvil
**THE EMPLOYMENT LAW CENTER, PLLC**
1208 Market Street
Parkersburg, West Virginia 26101
304-485-3058 – Telephone
304-485-6344 – Facsimile
theemploymentlawcenter@gmail.com
auvil@theemploymentlawcenter.com

Michael A. Josephson*
Andrew W. Dunlap *(Pro Hac Vice)*
William M. Hogg *(Pro Hac Vice)*
David M. Mathews *(Pro Hac Vice)*
Sean O'Neal Brauns *(Pro Hac Vice)*
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
mjosephson@mybackwages.com
adunlap@mybackwages.com
whogg@mybackwages.com
dmathews@mybackwages.com
sbraun@mybackwages.com

Richard J. (Rex) Burch*
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

William C. (Clif) Alexander*
Austin W. Anderson*
**ANDERSON ALEXANDER, PLLC**
101 North Shoreline Boulevard, Suite 610
Corpus Christi, Texas 78401
Tel: (361) 452-1279
Fax: (361) 452-1284
clif@a2xlaw.com
austin@a2xlaw.com

*\* Pro Hac Vice forthcoming*

*Counsel for Plaintiff and Putative Collective Members*

-2-

## CERTIFICATE OF SERVICE

      I certify that, on March 4, 2025, I filed the "Notice of Oral, Recorded Deposition of Susan Adkins" with the Clerk of the Court using the CM/ECF system, which will serve all parties of record.

*Via E-mail:*
Eric. E. Kinder (ekinder@spilmanlaw.com)
Mitchell J. Rhein (mrhein@spilmanlaw.com)
Chelsea E. Thompson (cthompson@spilmanlaw.com)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Boulevard, East (Zip 25301)
P.O. Box 273
Charleston, West Virginia 25321-0273

*Counsel for Defendant*

                              /s/ Walt Auvil
                              **Kirk R. Auvil**
                              **Walt Auvil**